PROB 35  
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date**

FILED

2005 APR 21  P 1:24

U.S. DISTRICT COURT  
BRIDGEPORT, CONN

# UNITED STATES DISTRICT COURT

FOR THE

District of Connecticut

UNITED STATES OF AMERICA

v.

Louis D. Phelmetto

Crim. No. 3:00CR00044-011(JCH)

On November 8, 2001 the above named was placed on probation/supervised release for a period of 5 years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

_[signature]_  
U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 20th day of April, 20 05.

_[signature]_  
United States District Judge