**UNITED STATES DISTRICT COURT**     **FILED**

**DISTRICT OF CONNECTICUT**

2008 FEB 12  P 12: 05

U.S. DISTRICT COURT
~~EPORT~~

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| VS. | : | Docket No. 3:00CR44-011 (JCH) |
| LOUIS D. PHELMETTO, JR. | : | February 8, 2008 |

APPEARANCE

To the Clerk of this Court and all parties of record:

In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Christine Sciarrino, Assistant United States Attorney.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

Christine Sciarrino
Assistant United States Attorney
United States Attorney's Office
157 Church Street - 23rd Floor
New Haven, CT   06510
Tel. (203) 821-3780/Fax. (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

## Certification

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 11th

day of February, 2008 to:


Louis D. Phelmetto, Jr.
241 Midway Oval
Groton, CT   06340


Christine Sciarrino