UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

2008 FEB 12 P 2 05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:00CR44-011 (JCH) |
| VS. | : | |
| LOUIS D. PHELMETTO, JR. | : | February 8, 2008 |

PETITION FOR REMISSION OF FINE AND ORDER THEREON

The United States of America, by its undersigned attorney, petitions this Court pursuant to 18 U.S.C. § 3573 for remission of the remaining balance of the criminal fine imposed against the defendant, Louis D. Phelmetto, Jr.

Facts

On November 8, 2001, this Court entered judgment upon Defendant Phelmetto, imposing a special assessment of $100.00 and a criminal fine in the amount of $5,000.00, with interest waived. Defendant Phelmetto was also placed on supervision by the United States Probation Office for a period of five years. Defendant Phelmetto is nearly 60 years old and suffered a debilitating stroke in January, 2005. Prior to the stroke, Defendant Phelmetto made $50.00 monthly payments in accordance with this Court's Judgment. Subsequent to the stroke, Defendant Phelmetto's mother has made $1.00 monthly payments as a sign of good faith. The remaining balance of Defendant Phelmetto's criminal fine totals $3,317.00 as of February 8, 2008.

Authority

In support of the Government's petition, it relies on 18 U.S.C. § 3573, which provides that:

> Upon petition of the Government showing that reasonable efforts to collect a fine or assessment are not likely to be effective, the court may, in the interest of justice-
>
> (1) remit all or part of the unpaid portion of the fine or special assessment, including interest and penalties;

The undersigned attorney has determined that due to the defendant's age, illness and current financial situation, there is no reasonable likelihood that expending further efforts to collect the remaining balance of the criminal fine will result in any revenue to the United States. Any further

efforts would, in fact, be contrary to the interests of the United States because such efforts would needlessly expend resources that could be better directed to areas with greater potential for recovery.

Therefore, the Government respectfully petitions this Court for an order pursuant to 18 U.S.C. § 3573 remitting the remaining balance of Defendant Phelmetto's criminal fine.

Respectfully submitted,

Kevin J. O'Connor
United States Attorney

*/s/ Christine Sciarrino*

Christine Sciarrino
Assistant United States Attorney
157 Church Street - 23rd Floor
New Haven, CT  06510
Tel (203) 821-3780/Fax (203) 773-5392
Federal No. CT3393
Email: Christine.Sciarrino@usdoj.gov

## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, on this 11th day of February, 2008, to:

Louis D. Phelmetto, Jr.
241 Midway Oval
Groton, CT  06340

_____
CHRISTINE SCIARRINO

# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:00CR44-011 (JCH) |
| VS. | : | |
| LOUIS D. PHELMETTO, JR. | : | |

### ORDER

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of all of the unpaid portion of Defendant Louis D. Phelmetto, Jr.'s criminal fine, imposed on November 8, 2001 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the remaining balance of the criminal fine is hereby remitted.

SO ORDERED.

Dated this _____ day of _____, 2008 at Bridgeport, Connecticut.


JANET C. HALL
UNITED STATES DISTRICT JUDGE