UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**
2008 FEB 19 P 5:06
U.S. DISTRICT COURT
BRIDGEPORT, CONN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Docket No. 3:00CR44-011 (JCH) |
| VS. | : | |
| LOUIS D. PHELMETTO, JR. | : | |

### ORDER

This cause having come before this Court for consideration on petition of the United States of America in accordance with the provisions of 18 U.S.C. § 3573 for remission of all of the unpaid portion of Defendant Louis D. Phelmetto, Jr.'s criminal fine, imposed on November 8, 2001 in this cause; and the Court being advised in the premises is of the opinion that the petition is well taken and the remaining balance of the criminal fine is hereby remitted.

SO ORDERED.

Dated this __19th__ day of __February__, 2008 at Bridgeport, Connecticut.

JANET C. HALL
UNITED STATES DISTRICT JUDGE